IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01326-MSK-KLM

MINOR MICHAEL STILL,

    Applicant,

v.

MARY HERNDON, Administrative Service, U.S. Marshal, Colorado,
KEN DEAL, Deputy United States Marshal, Colorado, and
HARLEY LAPPIN, Director, Federal Bureau of Prisons,

    Respondents.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion Requesting Ruling or Disposition on Petitioner's Petition for Writ of Habeas Corpus** [Docket No. 38; Filed January 3, 2011] (the "Motion"). Applicant requests that the Court "order an evidentiary hearing on a date and time certain, make a recommendation to the United States District Judge or otherwise issue other appropriate dispositive rulings in this matter." *Motion* [#38] at 3. The Court interprets the Motion as a motion to expedite the disposition of this case.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Court will address matters in this case as necessary and resolve the case in due course.

    Dated: January 4, 2011