**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-01326-WJM-KLM

MINOR MICHAEL STILL,

      Applicant,

v.

MARY HERNDON, Administrative Service, U.S. Marshal, Colorado,
KEN DEAL, Deputy United States Marshal, Colorado, and
HARLEY LAPPIN, Director, Federal Bureau of Prisons,

      Respondents.

---

**ORDER TO CURE DEFICIENCY**

---

Applicant submitted a Notice of Appeal and Motion Requesting Waiver of Certificate of Appealability on Appeal on October 6, 2011.  The court has determined that the Notice of Appeal is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)  Filing Fee**
       _X_   is not submitted

**(B)  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

       _X_  is not submitted
       ____ is missing affidavit
       ____ is missing required financial information
       ____ is missing an original signature by the prisoner
       ____ is not on proper form (must use the court's current form
       ____ other

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.  It is

FURTHER ORDERED that the Motion Requesting Waiver of Certificate of Appealability on Appeal is moot.

Dated this 7th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge